FILED

NOV 0 8 2010

Nov 08 2010

Judge Samuel Der-Yeghiayan
U.S. District Court

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
SEVENTH                DISTRICT OF   ILLINOIS

```
                                    )
UNITED STATES OF AMERICA            )
          Plaintiff,                )
                                    )
                                    )
vs.                                 )   CASE NO: 06-CR 324-28
                                    )
                                    )
RITA D. HEMPHILL                    )
          Defendant.                )
                                    )
```

### MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)

Defendant comes before this court seeking the reduction in her prison sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant asks this court give retroactive effect to Amendment 706 under U.S.S.G §1B1.10 and reduce her sentence from 128 months to 60 months. The Sentencing Commission has expressly designated Amendment 706 as one that may be applied retroactively. U.S.S.G. §1B1.10(c).

The district court makes two determinations in deciding whether or not to modify a sentence under 18 U.S.C. §3582(c)(2). Under the first step, the sentencing court considers what sentence it would have imposed had the retroactive amendment been in effect at the time the defendant was sentenced. U.S.S.G. §1B1.10(b). The district court determines what sentence it would have imposed had the new sentencing range been the range at the time of the original sentencing, leaving untouched all other previous factual decisions concerning particularized sentencing factors. See United States v. Wyatt, 115F.3d 606,609(8th Cir. 1997). Such factors include, inter alia, role in the offense, obstruction of justice, victim adjustments, more than minimal planning, and acceptance of responsibility.

In this particular case,

Accordinly, the district court should simply determine the Guideline range that would have applied in this case had Amendment 706 been in effect ab initio. Here, the relevant Guideline range would be ___60___ months opposed to the pre-Amendment's ___128___ month range.

Having established the applicable Amendment guideline range, the court next considers the factors contained in 18 U.S.C. Section 3582(a) and, in the exercise of its thus informed discretion, decide whether or not to modify the original sentence previously imposed. Wyatt, 115 F.3d at 609; 18 U.S.C. Section 3582(c)(2). The factors set forth in Section 3553(a) are the following: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed; (3) the kind of sentences available; (4) the applicable sentencing range under the the Guidelines; (5) any pertinent Sentencing Commission policy statement; (6) the need to avoid unwarranted sentence disparities among defendants; and (7) the need to provide restitution to victims, 18 U.S.C. Section 3553(a). Put more succinctly, the statute required the sentence imposed to be minimally sufficient to satisfy concerns of retribution, general deterrence, and rehabilitation.

In conclusion, Defendant respectfully requests that this court grant her Motion for Reduction of Sentence pursuant to 18 U.S.C. Section3582(c)(2).

Respectfully submitted,

*Rita D Hemphill*

Defendant

State of West Virginia
Alderson, WV

) ss:

County of Greenbrier)

On 2 November 210, before me, the undersigned, a
Notary Public in and for said State, personally appeared
Almarretta Hemphill , known to me to be the
person whose name is subscribed to the within instrument and
acknowledged that she executed the same.
Witness my hand and official seal.

(SEAL)



NOTARY PUBLIC, OFFICIAL SEAL
SHERRY R. WALTON
State of West Virginia
My Commission Expires April 16, 2019
FEDERAL PRISON CAMP
DEPARTMENT OF JUSTICE
ALDERSON, WV 24910

Notary

State of Minnesota    )

                      ) ss:

County of _____   )


On _____, before me, the undersigned, a
Notary Public in and for said State, personally appeared
_____, known to me to be the
person whose name is subscribed to the within instrument and
acknowledged that she executed the same.
Witness my hand and official seal.


(SEAL)

                              _____
                              Notary


                              _____, CASE MANAGER
                              AUTHORIZED BY THE ACT OF JULY 27, 1955
                              TO ADMINISTER OATHS (18 USC 4004)
                              September 5, 2010

```
   WASD4          *           INMATE DISCIPLINE DATA          *      10-28-2010
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD     *      12:03:53

REGISTER NO: 18668-424 NAME..: HEMPHILL, RITA
FUNCTION...: DIS       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 10-28-2010
                       RSP OF: WAS-WASECA FCI




   G5401        DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```

```
    WASWA         *        INMATE EDUCATION DATA       *      10-29-2010
 PAGE 001 OF 001 *             TRANSCRIPT              *      15:12:23

REGISTER NO: 18668-424    NAME..: HEMPHILL              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: WAS-WASECA FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
WAS  ESL HAS    ENGLISH PROFICIENT       01-26-2009 1026 CURRENT
WAS  GED EN     ENROLL GED NON-PROMOTABLE 01-26-2009 1026 CURRENT

-------------------------- EDUCATION COURSES --------------------------
```

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|-----------|-----------|------|----|----|-----|
| WAS F | ACE CLASS: BASIC GRAMMAR SKILS | 08-16-2010 | 10-12-2010 | P | C | P | 18 |
| WAS F | ACE GED PREP: DECIMALS CLASS | 07-21-2010 | 09-15-2010 | P | C | F | 18 |
| WAS F | ACE CLS: PUBLIC SPEAKING | 07-13-2010 | 08-24-2010 | P | C | P | 12 |
| WAS F | ACE CLS: LOST CIVILIZATIONS | 07-01-2010 | 08-19-2010 | P | C | P | 16 |
| WAS F | REC CLS:CORE SOFTBALL CONDITNG | 06-30-2010 | 06-30-2010 | P | C | P | 1 |
| WAS F | REC:CORE CONDITNING VOLLEYBALL | 06-29-2010 | 06-29-2010 | P | C | P | 2 |
| WAS F | REC WELLNESS: NUTRITION CLASS | 04-07-2010 | 04-28-2010 | P | C | P | 4 |
| WAS F | REC:BUILD BETTER BODY CLS;RPP1 | 06-07-2010 | 06-28-2010 | P | C | P | 4 |
| WAS F | ACE: CLASSICAL MUSICALS 1 FILM | 04-29-2010 | 06-03-2010 | P | C | P | 10 |
| WAS F | REC CLS:SOFTBALL OFFICIATING | 05-13-2010 | 05-13-2010 | P | C | P | 2 |
| WAS F | ACE CLS: HOLIDAY FILM STUDY | 12-09-2009 | 12-30-2009 | P | C | P | 8 |
| WAS F | RECREATION AIDE TRAINING CLASS | 01-13-2010 | 01-13-2010 | P | C | P | 3 |
| WAS F | ACE: ROMANCE FILM STUDY CLASS | 10-01-2009 | 11-19-2009 | P | C | P | 14 |
| WAS F | NRDAP CLASS:NEW START (RPP6) | 09-10-2009 | 09-29-2009 | P | C | P | 8 |
| WAS F | REC:VOLLEYBALL OFFICIALS CLASS | 09-24-2009 | 09-24-2009 | P | C | P | 1 |
| DAN F | PRIMARY LIT.(ENG)12:15-2:15 | 02-12-2009 | 07-01-2009 | P | W | 1 | 156 |
| DAN F | WESTERN AEROBICS | 04-18-2009 | 06-27-2009 | P | C | P | 9 |
| DAN F | INDUSTRY SOLDERING - ACE | 04-06-2009 | 04-28-2009 | P | C | P | 16 |
| DAN F | PARENTING-CHILD DEVELOPMENT | 03-05-2009 | 05-14-2009 | P | C | P | 4 |
| DAN F | WESTERN AEROBICS | 02-07-2009 | 04-04-2009 | P | C | P | 8 |
| DAN F | PARENTING-BLDING FAMILY FUTURE | 03-05-2009 | 04-22-2009 | P | C | P | 4 |
| DAN F | PARENTING-BLDING FAMILY FUTURE | 03-05-2009 | 04-17-2009 | P | C | P | 4 |
| DAN F | YOGA CLASS RECREATION AREA | 02-07-2009 | 03-28-2009 | P | W | V | 1 |
| DAN F | CARDIO AEROBICS | 03-02-2009 | 03-31-2009 | P | C | P | 18 |
| DAN F | CARDIO AEROBICS | 02-02-2009 | 02-26-2009 | P | C | P | 16 |

```
DAN F     FIRST TIME FITNESS            02-01-2009 02-22-2009    P  C  P      3

DAN F     PILATES TONING CLASS          02-07-2009 02-28-2009    P  W  V      1

DAN F     CARDIO AEROBICS               01-05-2009 01-29-2009    P  C  P     16


---------------------------- HIGH TEST SCORES -------------------------------

TEST      SUBTEST         SCORE     TEST DATE      TEST FACL    FORM     STATE

TABE D    LANGUAGE        2.4       08-05-2009     WAS          9
          MATH APPL       5.7       08-05-2009     WAS          9
          MATH COMP       4.8       08-05-2009     WAS          9
          READING         11.2      01-30-2009     DAN          9
          TOTAL MATH      5.1       08-05-2009     WAS          9



G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

```
     WASUO          *         INMATE EDUCATION DATA         *      08-24-2010
PAGE: 001 OF 001 *               TRANSCRIPT                 *      12:34:03

REGISTER NO: 18668-424      NAME..: HEMPHILL                     FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: WAS-WASECA FCI
```

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|-----------|-------------|-----------------|----------------|
| WAS | ESL HAS | ENGLISH PROFICIENT | 01-26-2009 1026 | CURRENT |
| WAS | GED EN | ENROLL GED NON-PROMOTABLE | 01-26-2009 1026 | CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|----------|-------------|------------|-----------|------|----|----|----|
| WAS F | REC CLS:FUNDAMNTLS OF BILLIARD | 08-01-2010 | CURRENT | | | | |
| WAS F | ACE CLASS: BASIC GRAMMAR SKILS | 08-16-2010 | CURRENT | | | | |
| WAS F | ACE GED PREP: DECIMALS CLASS | 07-21-2010 | CURRENT | | | | |
| WAS F | ACE CLS: LOST CIVILIZATIONS | 07-01-2010 | CURRENT | | | | |
| WAS F | ACE CLS: PUBLIC SPEAKING | 07-13-2010 | CURRENT | | | | |
| WAS F | REC CLS:CORE SOFTBALL CONDITNG | 06-30-2010 | 06-30-2010 | P | C | P | 1 |
| WAS F | REC:CORE CONDITNING VOLLEYBALL | 06-29-2010 | 06-29-2010 | P | C | P | 2 |
| WAS F | REC WELLNESS: NUTRITION CLASS | 04-07-2010 | 04-28-2010 | P | C | P | 4 |
| WAS F | REC:BUILD BETTER BODY CLS;RPP1 | 06-07-2010 | 06-28-2010 | P | C | P | 4 |
| WAS F | ACE: CLASSICAL MUSICALS 1 FILM | 04-29-2010 | 06-03-2010 | P | C | P | 10 |
| WAS F | REC CLS:SOFTBALL OFFICIATING | 05-13-2010 | 05-13-2010 | P | C | P | 2 |
| WAS F | ACE CLS:  HOLIDAY FILM STUDY | 12-09-2009 | 12-30-2009 | P | C | P | 8 |
| WAS F | RECREATION AIDE TRAINING CLASS | 01-13-2010 | 01-13-2010 | P | C | P | 3 |
| WAS F | ACE: ROMANCE FILM STUDY CLASS | 10-01-2009 | 11-19-2009 | P | C | P | 14 |
| WAS F | NRDAP CLASS:NEW START (RPP6) | 09-10-2009 | 09-29-2009 | P | C | P | 8 |
| WAS F | REC:VOLLEYBALL OFFICIALS CLASS | 09-24-2009 | 09-24-2009 | P | C | P | 1 |
| DAN F | PRIMARY LIT.(ENG)12:15-2:15 | 02-12-2009 | 07-01-2009 | P | W | I | 156 |
| DAN F | WESTERN AEROBICS | 04-18-2009 | 06-27-2009 | P | C | P | 9 |
| DAN F | INDUSTRY SOLDERING - ACE | 04-06-2009 | 04-28-2009 | P | C | P | 16 |
| DAN F | PARENTING-CHILD DEVELOPMENT | 03-05-2009 | 05-14-2009 | P | C | P | 4 |
| DAN F | WESTERN AEROBICS | 02-07-2009 | 04-04-2009 | P | C | P | 8 |
| DAN F | PARENTING-BLDING FAMILY FUTURE | 03-05-2009 | 04-22-2009 | P | C | P | 4 |
| DAN F | PARENTING-BLDING FAMILY FUTURE | 03-05-2009 | 04-17-2009 | P | C | P | 4 |
| DAN F | YOGA CLASS RECREATION AREA | 02-07-2009 | 03-28-2009 | P | W | V | 1 |
| DAN F | CARDIO AEROBICS | 03-02-2009 | 03-31-2009 | P | C | P | 18 |
| DAN F | CARDIO AEROBICS | 02-02-2009 | 02-26-2009 | P | C | P | 16 |
| DAN F | FIRST TIME FITNESS | 02-01-2009 | 02-22-2009 | P | C | P | 3 |
| DAN F | PILATES TONING CLASS | 02-07-2009 | 02-28-2009 | P | W | V | 1 |
| DAN F | CARDIO AEROBICS | 01-05-2009 | 01-29-2009 | P | C | P | 16 |

----------------------------- HIGH TEST SCORES -----------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|------|---------|-------|-----------|-----------|------|-------|
| TABE | LANGUAGE | 2.4 | 08-05-2009 | WAS | 9 | |
| | MATH APPL | 5.7 | 08-05-2009 | WAS | 9 | |
| | MATH COMP | 4.8 | 08-05-2009 | WAS | 9 | |
| | READING | 11.2 | 01-30-2009 | DAN | 9 | |
| | TOTAL MATH | 5.1 | 08-05-2009 | WAS | 9 | |

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

*[Handwritten annotations in margins: "all gates", "all gates", "Math Comp - Dividing Fractions Integers Percents"]*



*The Mailbox Club*

*awards*

Rita Hemphill

*this certificate for completing A Country called Heaven*

March 31, 2009



The Mailbox Club

awards

Rita Hemphill

this certificate for completing The Life of Christ.

June 2, 2009

# Basic Math

## Rita Hemphill

has attended and participated in the
Adult Continuing Education Course
Basic Math
at F.C.I. Waseca, Minnesota.

September 20, 2010

J. Hard
Adult Continuing Education Coordinator

# Walking for Wellness

Awarded To

**RITA HEMPHILL 18668-424,**

for achieving 229 self-paced miles in the FCI WASECA Summer 2009 Wellness Walk promoting health awareness and physical activity.



October 25, 2009





# Certificate of Participation

Presented to:

*Rita Hemphill*

in recognition for participating in the

COVENANT CHURCH

*Women's Study*

Living the Gospel in Relationships

with Tara Barthel

October 23 through December 18, 2009

Federal Correctional Institution
Waseca, Minnesota

Sara Stensrud
Facilitator

Mitch Moore
Drug Treatment Specialist

PEACEMAKER
MINISTRIES



# American Classical Musicals

## Rita Hemphill

has completed the requirements for completion
of the Adult Continuing Education Course
American Classical Musicals
at F.C.I. Waseca, Minnesota.

J Hand, Adult Continuing Education Coordinator

June 3, 2010



# American Romance Classics

## Rita Hemphill

has completed the requirements for completion
of the Adult Continuing Education Course
American Romance Classics
at F.C.I. Waseca, Minnesota.

J. Hagen, Adult Continuing Education Coordinator

November 16, 2009



# Certificate of Completion

Presented to:

## Rita Hemphill

in recognition for completing the 15-hour "Freedom From Drugs"

## DRUG EDUCATION PROGRAM

Federal Correctional Institution
Waseca, Minnesota

**August 26, 2009**

Mitch Moore, M.S.
Drug Treatment Specialist



# Certificate of Completion

Presented to:

*Rita Hemphill*

in recognition for your completing the 15-week

## NEW DIRECTION

Non-Residential Drug Abuse Program
Federal Correctional Institution
Waseca, Minnesota

September 11 through December 23, 2009

Mitch Moore, M.S.
Drug Treatment Specialist
Licensed Alcohol and Drug Counselor



# Understanding Nutrition

## CERTIFICATE OF COMPLETION

Awarded To

RITA HEMPHILL

for completing the 4 hour FCI Waseca class
Understanding Nutrition during the Fit4Life Program
promoting health awareness, education, & physical activity.



June 25, 2010

A. Riehle, Recreation Specialist



# Certificate of Completion

Presented to:

## Rita Hemphill

in recognition for completing the RPP Class

### New Start

**An introduction to cognitive change from addictive behaviors, destructive habits, & unhealthy lifestyles.**

Federal Correctional Institution
Waseca, Minnesota

**September 29 , 2009**

Mitch Moore, M.S.
Drug Treatment Specialist

# Certificate of Completion

Presented to:

*Rita Hemphill*

in recognition for completing the

# Emotional Management Group

**Self-Improvement Class**

Federal Correctional Institution
Waseca, Minnesota

October 1 through 29, 2009



Mitch Moore, M.S.
Drug Treatment Specialist





# Certificate of Achievement

**This certifies that**

RITA HEMPHILL

**has satisfactorily completed**

SOFTBALL CORE CLASS

**Consisting of** 1 **Hours of Training**

**This certificate is hereby issued this** 8 **day of** JULY **, 20** 10



RECREATION SPECIALIST



# Certificate of Achievement

**This certifies that**

RITA HEMPHILL

**has satisfactorily completed**

VOLLEYBALL CORE CLASS

**Consisting of** 2 **Hours of Training**

**This certificate is hereby issued this** 1 **day of** JULY , 20 10

RECREATION SPECIALIST

# Fit4Life Program

## CERTIFICATE OF ACHIEVEMENT

Awarded To

RITA HEMPHILL

for completing 12 weeks of the FCI WASECA Fit4Life
Health & Wellness Program/team competition,
promoting health awareness, education, & physical activity.



June 25, 2010

A. Riehm, Recreation Specialist

# Lost Civilizations

## Rita Hemphill

has completed the requirements for completion
of the Adult Continuing Education Course
Lost Civilizations
at F.C.I. Waseca, Minnesota.



J. Han____
____t Continuing Education Coordinator

September 19, 2010



# Holiday Film Study

### Rita Hemphill

has completed the requirements for completion
of the Adult Continuing Education Course
Holiday Film Study
at F.C.I. Waseca, Minnesota.

J. Hospel, Adult Continuing Education Coordinator

January 7, 2010



# Public Speaking

## Rita Hemphill

has completed the requirements for completion
of the Adult Continuing Education Course
Public Speaking
at F.C.I. Waseca, Minnesota.

J. Harvel, Adult Continuing Education Coordinator

September 24, 2010



# Better Body Class

## CERTIFICATE OF COMPLETION

Awarded To

RITA HEMPHILL,

for completing the 4 hour FCI Waseca
Better Body (RPP class)
promoting health awareness, education, & physical activity.

June 30, 2010

Recreation Specialist

# The University of Connecticut

## Cooperative Extension System

presents this

### Certificate of Participation

to

Rita Hemphill

for __12__ hours of participation in the

Building Family Futures

_Cathy Malley_
Cathy Malley
Extension Educator

_Martha Bodde_
Trainer

_Elizabeth Shack_
Elizabeth Shack
Education Consultant
Trainer

_May 13, 2009_
Date

# Walking for Wellness

Awarded To

RITA HEMPHILL

for achieving 359 self-paced miles in the
FCI WASECA Spring/Summer 2010
Wellness Walking Program, promoting
health awareness and physical activity.

September 5, 2010



A. Riehm, Recreation Specialist



# Certificate

**Rita Hemphill**

has participated in
the Adult Continuing Education Course

Decimals

at F.C.I. Waseca, Minnesota.

September 15, 2010

Adult Continuing Education Coordinator